IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00959-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    $10,500.00 IN UNITED STATES CURRENCY;
2.    $450.00 IN UNITED STATES CURRENCY;
3.    9.33308595 BITCOIN;
4.    $8,308.00 IN UNITED STATES CURRENCY;
5.    **37276 COUNTY ROAD 45, EATON, COLORADO 80615;**
6.    $1,748.00 IN UNITED STATES CURRENCY;
7.    1012 4th STREET, GREELEY, COLORADO 80631;
8.    2380 W. 27TH STREET, GREELEY, COLORADO 80634;
9.    $33,061.00 IN UNITED STATES CURRENCY;
10.    1309 27TH STREET, GREELEY, COLORADO 80631;
11.    $48,500.00 IN UNITED STATES CURRENCY;
12.    $42,055.59 SEIZED FROM GUARANTY BANK ACCOUNT #4000491063;
13.    $6,000.00 IN UNITED STATES CURRENCY SEIZED FROM GUARANTY BANK SAFE DEPOSIT BOX 103000116;
14.    $90,500.00 IN UNITED STATES CURRENCY SEIZED FROM GUARANTY BANK SAFE DEPOSIT BOX 103000212;
15.    $40,000.00 SEIZED FROM FARMERS BANK ACCOUNT #1220004316;
16.    $110,050.00 IN UNITED STATES CURRENCY SEIZED FROM FARMERS BANK SAFE DEPOSIT BOX 1200000097;
17.    $6,831.50 SEIZED FROM WYOMING BANK AND TRUST ACCOUNT #934875;
18.    $114,920.00 IN UNITED STATES CURRENCY SEIZED FROM WYOMING BANK AND TRUST SAFE DEPOSIT BOX #1152;
19.    $16,020.00 SEIZED FROM FIRST INTERSTATE BANK ACCOUNT #102155256;
20.    $115,800.00 IN UNITED STATES CURRENCY SEIZED FROM INTERSTATE BANK SAFE DEPOSIT BOX 238;
21.    $240,700.00 IN UNITED STATES CURRENCY SEIZED FROM GUARDIAN STORAGE UNIT 11209;
22.    $27,000.00 IN UNITED STATES CURRENCY SEIZED FROM GREELEY SELFSTORAGE UNIT 746; and
23.    22.09843257 BITCOIN;

      Defendants.

## STIPULATED EXPEDITED SETTLEMENT AGREEMENT

IT IS HEREBY STIPULATED by and between Select Portfolio Servicing, Inc., through counsel Joseph DiGiorgio *Esq.*, and the United States of America, (herein "United States") by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Laura B. Hurd to compromise and settle Select Portfolio Servicing, Inc.'s interest in the following defendant real property located at 37276 County Road 45, Eaton, Colorado, 80615 (the subject real property), more fully described as:

> LOT A OF RECORDED EXEMPTION NO. 0709-26-3-RE1007, BEING A PART OF THE SOUTHWEST 1/4 OF SECTION 26, TOWNSHIP 7 NORTH, RANGE 65 WEST OF THE 6TH P.M., AS PER THE MAP RECORDED MAY 18, 1987 IN BOOK 1157 AT RECEPTION NO. 2100092, COUNTY OF WELD, STATE OF COLORADO.

This Stipulated Expedited Settlement Agreement is entered into between Select Portfolio Servicing, Inc. and the United States (herein collectively referred to as the "parties") pursuant to the following terms:

1.     The parties hereby stipulate that Select Portfolio Servicing, Inc. has a lien interest and has a right, title, or interest in the above-described subject real property, and that any violations of 21 U.S.C. § 801 *et seq.*, occurred without the knowledge and consent of Select Portfolio Servicing, Inc.

2.     The parties agree that upon entry of a Final Order of Forfeiture, the United States will market and sell the subject real property and solely from the proceeds of the sale of the real property, to the extent that there are sufficient proceeds after the deduction of reasonable government costs and expenses related to seizure,

2

maintenance, custody, and disposal, it will pay Select Portfolio Servicing, Inc., the following:

a)  Unpaid principal balance: $205,673.08;

b)  All unpaid interest: $14,478.11, up to and including October 11, 2019;

c)  Escrow Advance:  $4,979.34;

d)  Corporate Advance:  $1,227.00;

e)  Mortgage Insurance Premium:  $76.00;

f)  A per diem interest rate of $25.69; and

g)  Fees and costs: $531.00

3.  The payment to Select Portfolio Servicing, Inc. shall be in full settlement and satisfaction of any and all claims by Select Portfolio Servicing, Inc. with respect to the subject real property, relating to the seizure of the property by the United States, and of all claims resulting from the incidents or circumstances giving rise to this lawsuit.

4.  Select Portfolio Servicing, Inc. acknowledges that by entering into this Expedited Settlement Agreement, the United States promptly recognized its interest in the subject real property and by so doing did not cause it to incur additional costs or fees beyond those set forth in Paragraph 2 of this Expedited Settlement Agreement.

5.  Upon payment, Select Portfolio Servicing, Inc. agrees to record its Release of Deed of Trust and to release and hold harmless the United States, and any agents, servants, and employees of the United States acting in their individual or official capacities, from any and all claims by Select Portfolio Servicing, Inc. and any of its agents which currently exist or which may arise as a result of the United States' action

against the property.

6.      As a part of settlement, Select Portfolio Servicing, Inc. agrees not to pursue any other rights that it may have under any mortgage instruments related to the subject real property, including the right to initiate a foreclosure action under the Deed of Trust while this action is pending.

7.      Select Portfolio Servicing, Inc. understands and agrees that by entering into this settlement of its interest in the subject real property, it waives any right to further litigate its interest in the property and to petition for remission or mitigation of the forfeiture, and unless specifically directed by an order of the Court, Select Portfolio Servicing, Inc. shall be excused and relieved from further participation in this action.

8.      Select Portfolio Servicing, Inc. understands and agrees that the United States reserves the right to void this Settlement Agreement and terminate the forfeiture action at any time for legal or economic reasons.

9.      The parties agree to execute further documents, to the extent necessary, to convey clear title to the property to the United States and to further implement the terms of this settlement.

10.     Each party agrees to bear its own costs and attorney's fees.

11.     The terms of this Expedited Settlement Agreement are contingent upon forfeiture of defendant real property located at 37276 County Road 45, Eaton, Colorado, 80615, and the Court's entry of a Final Order of Forfeiture.

12.     In the event it appears the subject real property cannot be sold by the United States for an amount sufficient to cover the amounts owing to Select Portfolio Servicing, Inc. as outlined above, the parties will consult to determine the best course of

action which may include moving to dismiss this action against the property or convey the property to Select Portfolio Servicing, Inc. free and clear of any encumbrances by the United States in relation to this action.

13.     The United States agrees that in the event that it elects to void this Agreement and terminate the forfeiture action, Select Portfolio Servicing, Inc. shall have all rights to enforce the Deed of Trust that existed prior to the commencement of the forfeiture action, including but not limited to the right to initiate foreclosure proceedings, free and clear of any encumbrances by the United States in relation to this action.

14.     Select Portfolio Servicing, Inc. agrees to the filing of the Final Order of Forfeiture by the United States at the appropriate time.

15.     Select Portfolio Servicing, Inc. agrees that the mortgage on the subject real property is in default.   Select Portfolio Servicing, Inc. further agrees that if the United States, in its sole discretion, determines that it should move the Court for an interlocutory sale of the subject real property, that Select Portfolio Servicing, Inc. has no objection to the sale of the subject real property before a Final Order of Forfeiture, subject to the terms set forth herein.

JASON R. DUNN
United States Attorney


Date:   June 25, 2020          *s/ Laura B. Hurd*
                              _____
                              Laura B. Hurd
                              Assistant United States Attorney
                              1801 California Street, Suite 1600
                              Denver, Colorado 80202
                              (303) 454-0100
                              *Counsel for the United States*

5

Date: _____      June 9, 2020

/s/Joseph DeGiorgio

_____

Joseph DeGiorgio
Attorney at Law
Barrett Frappier & Weisserman, LLP
1391 Speer Boulevard, Suite 700
Denver, Colorado 80204
*Attorney for Select Portfolio Servicing, Inc.*